# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK C. FLIERL,<br><br>          Plaintiff,<br><br>  v.<br><br>ALEAH C. ZAPF, et al.,<br><br>          Defendants.      / | Case No. 1:18-cv-00734-DAD-SKO<br><br>**ORDER TO AMEND PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Doc. 2) |

**ORDER**

Plaintiff Mark C. Flierl, a pro se litigant, filed a complaint on May 29, 2018, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Docs. 1 & 2.) Plaintiff's application indicates that he has cash, checking or savings accounts, but he does not indicate the amount in those accounts. (*See* Doc. 2 at 2.) Plaintiff also responds that he owns "cars, stocks, and bonds" but does not set forth their value. (*See id.*) Therefore, the Court is unable to determine at this time whether Plaintiff is entitled to proceed without prepayment of fees in this action.

Accordingly, IT IS HEREBY ORDERED that, **within 28 days from the date of this Order**, Plaintiff shall either (1) file an amended application to proceed *in forma pauperis* that fully responds to <u>all</u> applicable questions, including disclosing the value of all cash, checking and/or savings accounts, cars, stocks, and bonds; or (2) pay the $400.00 filing fee for this action.

IT IS SO ORDERED.

Dated:   **June 1, 2018**                              /s/ *Sheila K. Oberto*
                                                                                    UNITED STATES MAGISTRATE JUDGE