UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK C. FLIERL,<br><br>    Plaintiff,<br><br>    v.<br><br>ALEAH C. ZAPH, et al.,<br><br>    Defendants. | No. 1:18-cv-00734-DAD-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 12) |

    On August 20, 2018, Plaintiff filed a "Notice of Voluntary Dismissal of This Entire Case," in which Plaintiff notifies the Court of the dismissal of the entire action without prejudice. (Doc. 12.) Plaintiff filed this notice before the opposing parties served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this matter without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court therefore DIRECTS the Clerk of Court to close this case.

IT IS SO ORDERED.

Dated:   **August 21, 2018**              /s/ *Sheila K. Oberto*
                                                           UNITED STATES MAGISTRATE JUDGE